NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SERVICE WOMEN'S ACTION NETWORK** AND
**VIETNAM VETERANS OF AMERICA,**
*Petitioners,*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-7079

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioners' unopposed motion to withdraw their petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

2                    SERVICE WOMEN'S ACTION NETWORK v. GIBSON

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS MANDATE: July 29, 2014